EMPIRE BRICK & SUPPLY CORPORA-TION, Libelant-Appellee, v. CORNELL STEAMBOAT COMPANY, Respondent-Appellee, Hudson River Day Line, Respondent-Appellant.

No. 9.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1932.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash, of New York City, of counsel), for appellee Empire Brick & Supply Corporation.

Kirlin, Campbell, Hickox, Keating & Mc-Grann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellee Cornell Steamboat Co.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

Helen C. GAMBLE, Plaintiff-Appellant, v. DAISY PRODUCTS, Inc., and Joseph N. Lowe and Mollie L. Grossman, Defendants-Appellees.

No. 42.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1932.

Henry J. Lucke, of New York City (Frank Toohey, of counsel), for appellant.

George L. Wheelock, of New York City (Thomas Ewing, of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

Frank GEMMA, Appellant, v. UNITED STATES of America, Appellee.

Tony CAVELLO, Appellant, v. UNITED STATES of America, Appellee.

Nos. 9411, 9412.

Circuit Court of Appeals, Eighth Circuit.

Oct. 4, 1932.

William N. Jamieson, of Omaha, Neb., for appellants.

Edson Smith, Asst. U. S. Atty., of Omaha, Neb. (Charles E. Sandall, U. S. Atty., and Ambrose C. Epperson, Asst. U. S. Atty., both of Omaha, Neb., Robert Van Pelt, Asst. U. S. Atty., of Lincoln, Neb., and Lawrence I. Shaw, Asst. U. S. Atty., of Omaha, Neb., on the brief), for the United States.

Before KENYON, GARDNER, and SANBORN, Circuit Judges.

PER CURIAM.

These appellants are convicted of violations of the National Prohibition Act (27 USCA). There were two indictments, each containing several counts against these appellants, and the two cases were consolidated for trial. A number of alleged errors are urged in argument, the principal ones being that the verdict was not sustained by sufficient evidence; that the court erred in receiving in cross-examination of appellant Gemma certain testimony. The evidence is amply sufficient to warrant conviction of both appellants, and no prejudicial error was committed in the trial.

The appeals seem to us entirely frivolous, and evidently taken for the purpose of delay. The judgments as to each appellant are affirmed, and it is directed that mandates issue immediately.

Affirmed.